UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
:
JOSHUA ADAMS,                                          :
:
Plaintiff,           :
:                    22-CV-1075 (VSB)
-against-                  :
:                    **ORDER**
46 N LLC, et al.,                                      :
:
Defendants.   :
:
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

        Plaintiff filed this action on February 8, 2022, (Doc. 1), and filed affidavits of service on

May 14, 2022, (Docs. 8–9).  The deadline for Defendants to respond to Plaintiff's complaint was

originally March 11, 2022.  (*See id*.)  On May 23, 2022, I granted Defendants an extension of

time until May 27, 2022 to respond to the complaint.  To date, Defendants have not responded to

the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if

Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule

4(H) of my Individual Rules and Practices in Civil Cases by no later than June 10, 2022.  If

Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may

dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    June 2, 2022
          New York, New York

                                        _____
                                        VERNON S. BRODERICK
                                        United States District Judge