Docket No: 1:22-cv-01075-VSB

# United States District Court

## Southern District of New York

**JOSHUA ADAMS**

*Plaintiff*

–v–

**46 N LLC and**
**LITTLE GUILTY PLEASURES LLC**

*Defendants,*

# Notice of Defendants, 46N LLC and Little Guilty Pleasures LLC, Motion to Dismiss

Grauman Law P.C.
Attorneys At Law
Attorneys for 46N LLC and Little Guilty Pleasures LLC

WWW.GRAUMANLAW.COM

QUEENS OFFICE
125-16 Queens Boulevard
Kew Gardens, New York 11415

PLEASE TAKE NOTICE, that upon the accompanying Declaration by Defendants, 46 N LLC and Guilty Little Pleasures, LLC, Attorney SCOTT GRAUMAN, Esq. the Memorandum of Law in Support of Defendant's Motion pursuant to, *inter alia,* Federal Rules of Civil Procedure 12, dismissing this matter in its entirety, and seeking appropriate relief against the Plaintiff/Plaintiff's counsel and upon all the pleadings and proceedings previously had in the within matter

Defendants 46N LLC and Guilty Little Pleasures, LLC United States District Court Judge Vernon S. Broderick, at the United States Courthouse, located at Thurgood Marshall United States Courthouse 40 Foley Square New York, NY 10007 on a date to be set by the Court or July 15, 2022 to be heard.

PLEASE TAKE FURTHER NOTICE, that responsive papers, if any, shall be served upon Counsel for Defendant on a date to be set by the Court, if not on or before July 1 , 2022 or as may otherwise be directed by the Court.

DATED AT Great Neck, New York
June 6, 2022

GRAUMAN LAW P.C.

ATTORNEYS AT LAW

ATTORNEYS FOR 46N LLC AND GUILTY LITTLE PLEASURES LLC

125-16 QUEENS BOULEVARD

KEW GARDENS, NEW YORK 11415

T: (212)835-1515 | F: (212)208-2997

SCOTT@GRAUMANLAW.COM

To: (VIA ELECTRONIC MAIL AND FIRST-CLASS MAIL)

BARDUCCI LAW FIRM, PLLC
Maria-Costanza Barducci, Esq.
MC@BarducciLaw.com
5 West 19th Street, 10th Floor
New York, NY 10011
(212) 433-2554