UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

JOSHUA ADAMS.,

        Plaintiff,

    -v-                                  No.  22 CV 1075-LTS

46 N LLC and LITTLE GUILTY
PLEASURES LLC,

        Defendants.

--------------------------------------------------------x

## ORDER

        In this case, which has recently been reassigned to the undersigned, Plaintiff filed

an amended complaint on December 30, 2022 (docket entry no. 26), and Judge Broderick

entered an order that same day directing Defendants to file a letter by January 11, 2023, "stating

if their motion to dismiss should be deemed moot without prejudice" to refiling in light of the

amended pleading or whether the Court "should evaluate Defendants' current motion to dismiss

in light of the facts alleged in the amended complaint" (docket entry no. 25).  The Court has not

received any update from Defendants in response.  Accordingly, Defendants are hereby directed

to file a letter by **January 30, 2023**, informing the Court whether the pending motion to dismiss

should be denied as moot or whether this Court should evaluate the pending motion in light of

the allegations in the amended complaint.  If no timely response to this order is filed, the pending

motion will be denied as moot and Defendant must respond to the amended complaint by

**January 30, 2023**.

SO ORDERED.

Dated: New York, New York
         January 23, 2023

                                             /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             Chief United States District Judge