# GRAUMAN LAW P.C.

Attorneys Admitted New York, Florida,
New Jersey

125-16 Queens Boulevard
Kew Gardens, New York 11415
T 718-554-1616
F 212 208 2779

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/2023
```

April 12, 2023

**VIA: ECF**
The Honorable Justice Robert W. Lehrburger
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**RE: Joshua Adams vs. 46N LLC and Little Guilty Pleasures LLC**
**Case No. 22-CV-01075**

Dear Justice Lehrburger:

Our firm represents Defendants in the above captioned matter.

On April 6, 2023, counsel for Defendants filed a motion to Withdraw as Attorney for Defendants (Docket No.: 36).

On April 7, 2023, Your Honor entered an Order (Docket No.: 37), granting the application to Withdraw as Attorney effective May 7, 2023.

It is respectfully requested that the Civil Case Management Plan and Scheduling Order (Docket No.: 35) be stayed until May 7, 2023, so as not to prejudice any party with respect to any deadlines as set forth in Civil Case Management Plan and Scheduling Order.

Thank you very much.

Respectfully submitted,

*SCOTT GRAUMAN*

Scott Grauman

---

Request granted.  Defendants shall file a status report and proposed next steps by **May 14, 2023**.

SO ORDERED:

4/12/2023  /s/

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE