**LAW OFFICES OF NOLAN KLEIN, P.A.** **ATTORNEYS & COUNSELORS**

**112 W. 34TH STREET, SUITE 1800**
**NEW YORK, NY 10120**
**PH: (646) 560-3230**

**5550 GLADES ROAD, SUITE 500**
**BOCA RATON, FL 33431**
**PH: (954) 745-0588**

www.nklegal.com

**Nolan Klein, Esq.**
**klein@nklegal.com**

May 12, 2023

**VIA ECF**
Honorable Magistrate Judge Robert W. Lehrburger
500 Pearl St., Room 18D
United States Courthouse
New York, NY 10007

***Re: Adams v. 46 N. LLC, et al.***
***SDNY Case No.: 1:22-cv-01075***

Dear Judge Lehrburger,

The parties hereby notify this Court that a settlement has been reached in the above-captioned matter. Counsel for parties are in the process of finalizing settlement, and request thirty (30) days to file a Notice of Dismissal with Prejudice. The parties hereby request that all pending deadlines and/or conferences therefore be adjourned *sine die*.

Respectfully Submitted,

**Law Offices of Nolan Klein, P.A.**

By: /s/ Nolan Klein
NOLAN K. KLEIN
(NK4223)

NKK/amd
cc: Maria-Costanza Barducci, Esq. (via ECF)