**LAW OFFICES OF NOLAN KLEIN, P.A.**                    ATTORNEYS & COUNSELORS

**112 W. 34TH STREET, SUITE 1800**
**NEW YORK, NY 10120**
**PH: (646) 560-3230**

**5550 GLADES ROAD, SUITE 500**
**BOCA RATON, FL 33431**
**PH: (954) 745-0588**

www.nklegal.com      <u>MEMO ENDORSED</u>      Nolan Klein, Esq.
                                                                                klein@nklegal.com

May 12, 2023

> The within request is granted. It is hereby ordered that this action is dismissed with prejudice and without costs to any party, but without prejudice to restoration of the action to the calendar of the undersigned if settlement is not achieved within thirty (30) days of the date of this Order. If a party wishes to reopen this matter or extend the time within which it may be settled, the party must make a letter application before this thirty (30)-day period expires. The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court to be so ordered.
> The parties are hereby DE no. 41 resolved.
> SO ORDERED.
> 6/30/2023
> /s/ Laura Taylor Swain, Chief USDJ

<u>**VIA ECF**</u>
Honorable Magistrate Judge Robert W. Lehrburger
500 Pearl St., Room 18D
United States Courthouse
New York, NY 10007

        *Re:* <u>*Adams v. 46 N. LLC, et al.*</u>
             <u>SDNY Case No.: 1:22-cv-01075</u>

Dear Judge Lehrburger,

       The parties hereby notify this Court that a settlement has been reached in the above-captioned matter. Counsel for parties are in the process of finalizing settlement, and request thirty (30) days to file a Notice of Dismissal with Prejudice. The parties hereby request that all pending deadlines and/or conferences therefore be adjourned *sine die*.

                                             Respectfully Submitted,

                                             **Law Offices of Nolan Klein, P.A.**

                                     By: <u>   /s/ Nolan Klein         </u>
                                                   NOLAN K. KLEIN
                                                   (NK4223)

NKK/amd
cc:  Maria-Costanza Barducci, Esq. (via ECF)